# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 4:11-po-003 |
| | ) | |
| Fidelity Exploration and Production Company, | ) | |
| | ) | |
| Defendant. | ) | |

Application having been made to the Court by the United States for issuance of a Summons for the above-named defendant, and the Court having reviewed such Application and the accompanying affidavit of Richard A. Gross, the Court:

NOW HEREBY FINDS that probable cause exists to believe that a) an offense has been committed and b) the above-named defendant, Fidelity Exploration and Production Company, committed such offense or offenses, and,

NOW HEREBY ORDERS that the Clerk of the United States District Court shall issue a summons for Fidelity Exploration and Production Company.

**IT IS SO ORDERED.**

Dated this 22nd day of August, 2011.

                                              */s/ Charles S. Miller, Jr.*
                                              Charles S. Miller, Jr.
                                              United States Magistrate Judge